## People of State of Illinois, Defendant in Error, v. Lewis Raymond, Plaintiff in Error.

Gen. No. 43,344.

Heard in the second division, first district, this court at the February term, 1945; opinion filed April 19, 1945; released for publication May 2, 1945. Charles A. Bellows, for plaintiff in error; William J. Tuohy, State's Attorney, for de-

fendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Joseph A. Pope and C. D. Pemberton, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**